# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: WILDE, DAVID J | § Case No. 07-71614 |
| WILDE, CHRISTY L | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 06, 2007. The undersigned trustee was appointed on June 28, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $_____10,000.76_

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]      $ | 10,000.76 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/10/2010 and the deadline for filing governmental claims was 09/10/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.08. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.08, for a total compensation of $1,750.08.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $67.06, for total expenses of $67.06.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/26/2010        By:/s/JOSEPH D. OLSEN
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-71614
**Case Name:** WILDE, DAVID J
   WILDE, CHRISTY L
**Period Ending:** 10/26/10

**Trustee:** (330400)   JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 03/05/10 (c)
**§341(a) Meeting Date:** 04/15/10
**Claims Bar Date:** 09/10/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | residence at 420 Settler Rd, Dekalb IL<br>Orig. Asset Memo: Imported from original petition Doc# 16 | 260,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | cash on hand<br>Orig. Asset Memo: Imported from Amended Doc#: 24 | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking account<br>Orig. Asset Memo: Imported from Amended Doc#: 24 | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | miscellaneous household goods<br>Orig. Asset Memo: Imported from Amended Doc#: 24 | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | books, pictures, cds<br>Orig. Asset Memo: Imported from Amended Doc#: 24 | 55.00 | 0.00 | DA | 0.00 | FA |
| 6 | clothing<br>Orig. Asset Memo: Imported from Amended Doc#: 24 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | pension plan thru employer Motorola<br>Orig. Asset Memo: Imported from Amended Doc#: 24 | 11,401.00 | 0.00 | DA | 0.00 | FA |
| 8 | 401 k thru employer Motorola<br>Orig. Asset Memo: Imported from Amended Doc#: 24 | 20,858.00 | 0.00 | DA | 0.00 | FA |
| 9 | MOTOROLA STOCK<br>Orig. Asset Memo: Imported from Amended Doc#: 24 | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2002 Oldsmobile Bravada<br>Orig. Asset Memo: Imported from Amended Doc#: 24 | 11,825.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2004 Pontiac Bonneville<br>Orig. Asset Memo: Imported from Amended Doc#: 24 | 10,625.00 | 0.00 | DA | 0.00 | FA |
| 12 | Avoidable transfer (u) | 0.00 | 12,589.90 | | 10,000.00 | FA |

Printed: 10/26/2010 09:39 AM   V.12.54

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 07-71614 | Trustee: | (330400) JOSEPH D. OLSEN |
|---|---|---|---|
| Case Name: | WILDE, DAVID J | Filed (f) or Converted (c): | 03/05/10 (c) |
|  | WILDE, CHRISTY L | §341(a) Meeting Date: | 04/15/10 |
| Period Ending: | 10/26/10 | Claims Bar Date: | 09/10/10 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| Int | INTEREST (u) | Unknown | N/A |  | 0.76 | Unknown |
| 13 | Assets   Totals (Excluding unknown values) | $319,514.00 | $12,589.90 |  | $10,000.76 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-71614 | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | WILDE, DAVID J | | Bank Name: | The Bank of New York Mellon |
| | WILDE, CHRISTY L | | Account: | 9200-******97-65 - Money Market Account |
| Taxpayer ID #: | **-***3549 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/26/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/26/10 | {12} | Bonnie Staerz | turnover funds on avoidable transfer | 1241-000 | 10,000.00 | | 10,000.00 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 10,000.09 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 10,000.68 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.76 |
| | | | ACCOUNT TOTALS | | 10,000.76 | 0.00 | $10,000.76 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 10,000.76 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,000.76 | $0.00 | |

{} Asset reference(s)

Printed: 10/26/2010 09:39 AM   V.12.54

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-71614 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WILDE, DAVID J | | Bank Name: | The Bank of New York Mellon |
| | WILDE, CHRISTY L | | Account: | 9200-******97-66 - Checking Account |
| Taxpayer ID #: | **-***3549 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/26/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Net Receipts :  10,000.76

Net Estate :  $10,000.76

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******97-65 | 10,000.76 | 0.00 | 10,000.76 |
| Checking # 9200-******97-66 | 0.00 | 0.00 | 0.00 |
| | $10,000.76 | $0.00 | $10,000.76 |

{} Asset reference(s)    Printed: 10/26/2010 09:39 AM    V.12.54

Case 07-71614    Doc 130    Filed 11/12/10    Entered 11/12/10 08:54:39    Desc Main
              Document         Page 7 of 13

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: September 10, 2010

Case Number: 07-71614  
Debtor Name: WILDE, DAVID J  

Page: 1

Date: October 26, 2010  
Time: 09:39:44 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $1,750.08 | $0.00 | 1,750.08 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $67.06 | $0.00 | 67.06 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $881.25 | $0.00 | 881.25 |
| 1<br>100 | CITICORP TRUST BANK<br>PO BOX 168728<br>IRVING, TX 75016 | Secured | Disallowed | $0.00 | $0.00 | 0.00 |
| 2<br>100 | National Bank & Trust<br>230 W. State St.<br>Sycamore, IL 60178 | Secured | Allowed but no distribution to be made | $0.00 | $0.00 | 0.00 |
| 7<br>100 | Chase Home Finance, LLC<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | Secured | Disallowed | $0.00 | $0.00 | 0.00 |
| 13<br>100 | Harris N A<br>Attn: Bankruptcy Dept.<br>3800 Golf Rd., Suite 300<br>Rolling Meadows, IL 60008 | Secured | Allowed but no distribution to be made. | $0.00 | $0.00 | 0.00 |
| 15<br>100 | National Bank & Trust<br>230 W. State St.<br>Sycamore, IL 60178 | Secured | Allowed but no distribution to be made | $0.00 | $0.00 | 0.00 |
| 3<br>610 | Discover Bank/DFS-Services, LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $13,243.06 | $0.00 | 13,243.06 |
| 4<br>610 | eCAST Settlement Corporation<br>POB 35480,Newark NJ 07193-5480<br>Claimant History | Unsecured | | $11,098.27 | $0.00 | 11,098.27 |
| 5<br>610 | GE Consumer Finance/<br>QVC<br>P.O. Box 960061<br>Orlando, FL 32896 | Unsecured | | $358.39 | $0.00 | 358.39 |
| 6<br>610 | Elan Financial Services?<br>PO Box 5229<br>Cincinnati, OH 45201 | Unsecured | | $7,796.26 | $0.00 | 7,796.26 |
| 8<br>610 | eCAST Settlement Corporation<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170 | Unsecured | | $815.74 | $0.00 | 815.74 |
| 9<br>610 | eCAST Settlement Corporation assignee of<br>Bank of America/FIA Card Services<br>formerly MBNA,POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $20,018.57 | $0.00 | 20,018.57 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 10, 2010

**Case Number:** 07-71614  
**Debtor Name:** WILDE, DAVID J  

Page: 2

**Date:** October 26, 2010  
**Time:** 09:39:44 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $3,543.75 | $0.00 | 3,543.75 |
| 11 610 | Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | | $1,109.37 | $0.00 | 1,109.37 |
| 12 610 | eCAST Settlement Corporation assignee of<br>GE Money Bank/JC Penney Consumer<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $1,892.13 | $0.00 | 1,892.13 |
| 14 610 | Nicor Gas<br>PO Box 549<br>Aurora, IL 60507 | Unsecured | | $1,048.53 | $0.00 | 1,048.53 |
| 16 610 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | | $1,109.37 | $0.00 | 1,109.37 |
| 17 610 | Nicor Gas<br>PO Box 549<br>Aurora, IL 60507 | Unsecured | Disallowed | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 64,731.83 | 0.00 | 64,731.83 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-71614
Case Name: WILDE, DAVID J
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**     $     10,000.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors:     $     0.00
Remaining balance:     $     10,000.76

**UST Form 101-7-TFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,750.08 | 0.00 | 1,750.08 |
| Trustee, Expenses - JOSEPH D. OLSEN | 67.06 | 0.00 | 67.06 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 881.25 | 0.00 | 881.25 |

Total to be paid for chapter 7 administration expenses: $ 2,698.39
Remaining balance: $ 7,302.37

UST Form 101-7-TFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 7,302.37 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $62,033.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Discover Bank/DFS-Services, LLC | 13,243.06 | 0.00 | 1,558.93 |
| 4 | eCAST Settlement Corporation | 11,098.27 | 0.00 | 1,306.45 |
| 5 | GE Consumer Finance/ | 358.39 | 0.00 | 42.19 |
| 6 | Elan Financial Services? | 7,796.26 | 0.00 | 917.75 |
| 8 | eCAST Settlement Corporation | 815.74 | 0.00 | 96.03 |
| 9 | eCAST Settlement Corporation assignee of | 20,018.57 | 0.00 | 2,356.52 |
| 10 | Roundup Funding, LLC | 3,543.75 | 0.00 | 417.16 |
| 11 | Chase Bank USA,N.A. | 1,109.37 | 0.00 | 130.59 |
| 12 | eCAST Settlement Corporation assignee of | 1,892.13 | 0.00 | 222.73 |
| 14 | Nicor Gas | 1,048.53 | 0.00 | 123.43 |
| 16 | Chase Bank USA,N.A | 1,109.37 | 0.00 | 130.59 |

Total to be paid for timely general unsecured claims:　$　7,302.37
Remaining balance:　$　0.00

UST Form 101-7-TFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**