# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: WILDE, DAVID J<br>WILDE, CHRISTY L<br><br>Debtor(s) | § Case No. 07-71614<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/06/2010 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 10/26/2010     By:  /s/JOSEPH D. OLSEN_____
                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: WILDE, DAVID J | § | Case No. 07-71614 |
| WILDE, CHRISTY L | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,000.76 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 10,000.76 |
| **Balance on hand:** | $ 10,000.76 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,000.76 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH D. OLSEN | 1,750.08 | 0.00 | 1,750.08 |
| Trustee, Expenses - JOSEPH D. OLSEN | 67.06 | 0.00 | 67.06 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 881.25 | 0.00 | 881.25 |

Total to be paid for chapter 7 administration expenses: $ 2,698.39
Remaining balance: $ 7,302.37

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,302.37

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 62,033.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| 3 | Discover Bank/DFS-Services, LLC | 13,243.06 | 0.00 | 1,558.93 |
|---|---|---|---|---|
| 4 | eCAST Settlement Corporation | 11,098.27 | 0.00 | 1,306.45 |
| 5 | GE Consumer Finance/ | 358.39 | 0.00 | 42.19 |
| 6 | Elan Financial Services? | 7,796.26 | 0.00 | 917.75 |
| 8 | eCAST Settlement Corporation | 815.74 | 0.00 | 96.03 |
| 9 | eCAST Settlement Corporation assignee of | 20,018.57 | 0.00 | 2,356.52 |
| 10 | Roundup Funding, LLC | 3,543.75 | 0.00 | 417.16 |
| 11 | Chase Bank USA,N.A. | 1,109.37 | 0.00 | 130.59 |
| 12 | eCAST Settlement Corporation assignee of | 1,892.13 | 0.00 | 222.73 |
| 14 | Nicor Gas | 1,048.53 | 0.00 | 123.43 |
| 16 | Chase Bank USA,N.A | 1,109.37 | 0.00 | 130.59 |

Total to be paid for timely general unsecured claims:   $   7,302.37
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez               Page 1 of 2              Date Rcvd: Nov 15, 2010
Case: 07-71614                Form ID: pdf006             Total Noticed: 36

The following entities were noticed by first class mail on Nov 17, 2010.
db/jdb     +David J Wilde,    Christy L Wilde,    223 S 9th Street,    DeKalb, IL 60115-4221
aty        +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis,    2045 Aberdeen Court,
             Sycamore, IL 60178-3140
aty        +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
tr         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11463980    Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
11463981    Best Buy Co, Inc.,    PO Box 17298,    Baltimore, MD 21297-1298
11599460   +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
             Dallas, TX 75374-0933
11537538    Chase Home Finance, LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
11463982   +Citicorp Trust Bank,    4050 Regent Blvd,    Irving, TX 75063-2246
11463986   +Elder-Beerman,    P.O. Box 17264,    Baltimore, MD 21297-1264
11463989   +GEMB/QVC,    P.O. Box 971402,    El Paso, TX 79997-1402
11463990   +Harris Bank,    P.O. Box 5043,    Rolling Meadows, IL 60008-5043
11747864   +Harris N A,    Attn: Bankruptcy Dept.,    3800 Golf Rd., Suite 300,
             Rolling Meadows, IL 60008-4005
11548322   +Household Bank (SB), N.A. (Bon Ton),    eCAST Settlement Corporation,
             c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
11463993   +Mid America Federal S&L,    1001 S. Washington St.,    Naperville, IL 60540-7497
11463994   +National Bank & Trust,    230 W. State St.,    Sycamore, IL 60178-1489
11463996    U.S.A. Credit Union,    P.O. Box 790408,    Saint Louis, MO 63179-0408
11463985  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,    777 E. Wisconsin Ave,
             Milwaukee, WI 53202)
11534209  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services?,    PO Box 5229,    Cincinnati, OH 45201)
11463997    Wells Fargo,    P.O. Box 30086,    Los Angeles, CA 90030-0086
11482289   +Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,    Recovery Department,    P.O. Box 9210,
             Des Moines, IA 50306-9210
12202233    eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
12134831    eCAST Settlement Corporation,    P.O. Box 7247-6971,    Philadelphia, PA 19170-6971
11577103    eCAST Settlement Corporation assignee of,    Bank of America/FIA Card Services,    formerly MBNA,
             POB 35480,    Newark NJ 07193-5480
11601306    eCAST Settlement Corporation assignee of,    GE Money Bank/JC Penney Consumer,    POB 35480,
             Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Nov 16, 2010.
11463983   +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM
             Creditors Protection Service,    202 W. State St., Ste 300,    Rockford, IL 61101-1163
11463984    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 16 2010 01:42:52     Discover.,    P.O. Box 30395,
             Salt Lake City, UT 84130-0395
11480683    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 16 2010 01:42:52
             Discover Bank/DFS-Services, LLC,    PO Box 3025,    New Albany OH 43054-3025
11491903   +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2010 01:43:15     GE Consumer Finance/,    QVC,
             P.O. Box 960061,    Orlando, FL 32896-0061
11463987   +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2010 01:43:15     GEMB/JCP,    P.O. Box 981131,
             El Paso, TX 79998-1131
11463988   +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2010 01:43:15     GEMB/Lowe’s,    P.O. Box 981064,
             El Paso, TX 79998-1064
11463991   +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2010 01:43:15     JC Penney,    P.O. Box 960001,
             Orlando, FL 32896-0001
11463992    E-mail/PDF: cr-bankruptcy@kohls.com Nov 16 2010 01:42:46     Kohl’s,    P.O. Box 2983,
             Milwaukee, WI 53201-2983
11760483   +E-mail/Text: bankrup@nicor.com                          Nicor Gas,    PO Box 549,
             Aurora IL 60507-0549
11463995   +E-mail/Text: bankrup@nicor.com                          Nicor Gas,    1844 Ferry road,
             Naperville, IL 60563-9600
11584131    E-mail/PDF: BNCEmails@blinellc.com Nov 16 2010 01:42:57     Roundup Funding, LLC,    MS 550,
             PO Box 91121,    Seattle, WA 98111-9221
                                                                                             TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
15946375*   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15981716*   +Nicor Gas,    PO Box 549,    Aurora IL 60507-0549
11814000*    Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
11473347   ##+CITICORP TRUST BANK,    PO BOX 168728,    IRVING, TX 75016-8728
11463998    ##Wells Fargo Financial/Bay Furniture,    P.o. Box 94498,    Las Vegas, NV 89193-4498
                                                                                             TOTALS: 0, * 4, ## 2

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: cshabez          Page 2 of 2              Date Rcvd: Nov 15, 2010
Case: 07-71614                Form ID: pdf006        Total Noticed: 36

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 17, 2010**                    **Signature:**    _/s/ Joseph Speetjens_