**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: WILDE, DAVID J | § Case No. 07-71614 |
|       WILDE, CHRISTY L | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $319,514.00                         Assets Exempt: $68,471.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,302.54            Claims Discharged
                                                       Without Payment: $53,621.53

Total Expenses of Administration: $2,698.39

---

3) Total gross receipts of $ 10,000.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.93 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $283,105.12 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,698.39 | 2,698.39 | 2,698.39 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 63,081.97 | 60,924.07 | 7,302.54 |
| **TOTAL DISBURSEMENTS** | $0.00 | $348,885.48 | $63,622.46 | $10,000.93 |

    4) This case was originally filed under Chapter 7 on July 06, 2007. The case was pending for 46 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/18/2011          By: /s/JOSEPH D. OLSEN
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidable transfer | 1241-000 | 10,000.00 |
| Interest Income | 1270-000 | 0.93 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.93** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CITICORP TRUST BANK | 4110-000 | N/A | 66,031.67 | 0.00 | 0.00 |
| 2 | National Bank & Trust | 4110-000 | N/A | 14,215.06 | 0.00 | 0.00 |
| 7 | Chase Home Finance, LLC | 4110-000 | N/A | 190,871.44 | 0.00 | 0.00 |
| 13 | Harris N A | 4110-000 | N/A | 8,075.96 | 0.00 | 0.00 |
| 15 | National Bank & Trust | 4110-000 | N/A | 3,910.99 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$283,105.12** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,750.08 | 1,750.08 | 1,750.08 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 67.06 | 67.06 | 67.06 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 881.25 | 881.25 | 881.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,698.39 | 2,698.39 | 2,698.39 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Discover Bank/DFS-Services, LLC | 7100-000 | N/A | 13,243.06 | 13,243.06 | 1,587.35 |
| 4 | eCAST Settlement Corporation | 7100-000 | N/A | 11,098.27 | 11,098.27 | 1,330.27 |
| 5 | GE Consumer Finance/ | 7100-000 | N/A | 358.39 | 358.39 | 42.96 |
| 6 | Elan Financial Services? | 7100-000 | N/A | 7,796.26 | 7,796.26 | 934.48 |
| 8 | eCAST Settlement Corporation | 7100-000 | N/A | 815.74 | 815.74 | 97.78 |
| 9 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 20,018.57 | 20,018.57 | 2,399.49 |

**UST Form 101-7-TDR (10/1/2010)**

| 10 | Roundup Funding, LLC | 7100-000 | N/A | 3,543.75 | 3,543.75 | 424.76 |
| 11 | Chase Bank USA,N.A. | 7100-000 | N/A | 1,109.37 | 1,109.37 | 132.97 |
| 12 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 1,892.13 | 1,892.13 | 226.80 |
| 14 | Nicor Gas | 7100-000 | N/A | 1,048.53 | 1,048.53 | 125.68 |
| 16 | Chase Bank USA,N.A | 7100-000 | N/A | 1,109.37 | 0.00 | 0.00 |
| 17 | Nicor Gas | 7100-000 | N/A | 1,048.53 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 63,081.97 | 60,924.07 | 7,302.54 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-71614  
**Case Name:** WILDE, DAVID J  
               WILDE, CHRISTY L  
**Period Ending:** 04/18/11

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/05/10 (c)  
**§341(a) Meeting Date:** 04/15/10  
**Claims Bar Date:** 09/10/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | residence at 420 Settler Rd, Dekalb IL<br>  Orig. Asset Memo: Imported from original petition Doc# 16 | 260,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | cash on hand<br>  Orig. Asset Memo: Imported from Amended Doc#: 24 | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking account<br>  Orig. Asset Memo: Imported from Amended Doc#: 24 | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | miscellaneous household goods<br>  Orig. Asset Memo: Imported from Amended Doc#: 24 | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | books, pictures, cds<br>  Orig. Asset Memo: Imported from Amended Doc#: 24 | 55.00 | 0.00 | DA | 0.00 | FA |
| 6 | clothing<br>  Orig. Asset Memo: Imported from Amended Doc#: 24 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | pension plan thru employer Motorola<br>  Orig. Asset Memo: Imported from Amended Doc#: 24 | 11,401.00 | 0.00 | DA | 0.00 | FA |
| 8 | 401 k thru employer Motorola<br>  Orig. Asset Memo: Imported from Amended Doc#: 24 | 20,858.00 | 0.00 | DA | 0.00 | FA |
| 9 | MOTOROLA STOCK<br>  Orig. Asset Memo: Imported from Amended Doc#: 24 | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2002 Oldsmobile Bravada<br>  Orig. Asset Memo: Imported from Amended Doc#: 24 | 11,825.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2004 Pontiac Bonneville<br>  Orig. Asset Memo: Imported from Amended Doc#: 24 | 10,625.00 | 0.00 | DA | 0.00 | FA |
| 12 | Avoidable transfer (u) | 0.00 | 12,589.90 | | 10,000.00 | FA |

Printed: 04/18/2011 03:15 PM   V.12.56

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-71614  
**Case Name:** WILDE, DAVID J  
　　　　　　　WILDE, CHRISTY L  
**Period Ending:** 04/18/11  

**Trustee:**　　(330400)　JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/05/10 (c)  
**§341(a) Meeting Date:** 04/15/10  
**Claims Bar Date:** 09/10/10  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| Int | INTEREST (u) | Unknown | N/A | | 0.93 | FA |
| 13 | **Assets** **Totals** (Excluding unknown values) | **$319,514.00** | **$12,589.90** | | **$10,000.93** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　　September 30, 2010　　　**Current Projected Date Of Final Report (TFR):**　　November 12, 2010 (Actual)

Printed: 04/18/2011 03:15 PM　　V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07-71614  
**Case Name:** WILDE, DAVID J  
  WILDE, CHRISTY L  
**Taxpayer ID #:** **-***3549  
**Period Ending:** 04/18/11  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******97-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/26/10 | {12} | Bonnie Staerz | turnover funds on avoidable transfer | 1241-000 | 10,000.00 | | 10,000.00 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 10,000.09 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 10,000.68 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.76 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.84 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.92 |
| 12/07/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 10,000.93 |
| 12/07/10 | | To Account #9200******9766 | Preparation of Amd Dist. Rpt | 9999-000 | | 10,000.93 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 10,000.93 | 10,000.93 | $0.00 |
| Less: Bank Transfers | 0.00 | 10,000.93 | |
| **Subtotal** | 10,000.93 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,000.93** | **$0.00** | |

{} Asset reference(s)

Printed: 04/18/2011 03:15 PM   V.12.56

# FORM 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-71614 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WILDE, DAVID J | | Bank Name: | The Bank of New York Mellon |
| | WILDE, CHRISTY L | | Account: | 9200-******97-66 - Checking Account |
| Taxpayer ID #: | **-***3549 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 04/18/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/07/10 | | From Account #9200******9765 | Preparation of Amd Dist. Rpt | 9999-000 | 10,000.93 | | 10,000.93 |
| 12/13/10 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $881.25, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 881.25 | 9,119.68 |
| 12/13/10 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,750.08, Trustee Compensation; Reference: | 2100-000 | | 1,750.08 | 7,369.60 |
| 12/13/10 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $67.06, Trustee Expenses; Reference: | 2200-000 | | 67.06 | 7,302.54 |
| 12/13/10 | 104 | Discover Bank/DFS-Services, LLC | Dividend paid 11.77% on $13,243.06; Claim# 3; Filed: $13,243.06; Reference: | 7100-000 | | 1,558.98 | 5,743.56 |
| 12/13/10 | 105 | eCAST Settlement Corporation | Dividend paid 11.77% on $11,098.27; Claim# 4; Filed: $11,098.27; Reference: | 7100-000 | | 1,306.48 | 4,437.08 |
| 12/13/10 | 106 | GE Consumer Finance/ | Dividend paid 11.77% on $358.39; Claim# 5; Filed: $358.39; Reference: | 7100-000 | | 42.19 | 4,394.89 |
| 12/13/10 | 107 | Elan Financial Services? | Dividend paid 11.77% on $7,796.26; Claim# 6; Filed: $7,796.26; Reference: | 7100-000 | | 917.77 | 3,477.12 |
| 12/13/10 | 108 | eCAST Settlement Corporation | Dividend paid 11.77% on $815.74; Claim# 8; Filed: $815.74; Reference: | 7100-000 | | 96.03 | 3,381.09 |
| 12/13/10 | 109 | eCAST Settlement Corporation assignee of | Dividend paid 11.77% on $20,018.57; Claim# 9; Filed: $20,018.57; Reference: | 7100-000 | | 2,356.57 | 1,024.52 |
| 12/13/10 | 110 | Roundup Funding, LLC | Dividend paid 11.77% on $3,543.75; Claim# 10; Filed: $3,543.75; Reference: | 7100-000 | | 417.17 | 607.35 |
| 12/13/10 | 111 | Chase Bank USA,N.A. | Dividend paid 11.77% on $1,109.37; Claim# 11; Filed: $1,109.37; Reference: | 7100-000 | | 130.59 | 476.76 |
| 12/13/10 | 112 | eCAST Settlement Corporation assignee of | Dividend paid 11.77% on $1,892.13; Claim# 12; Filed: $1,892.13; Reference: | 7100-000 | | 222.74 | 254.02 |
| 12/13/10 | 113 | Nicor Gas | Dividend paid 11.77% on $1,048.53; Claim# 14; Filed: $1,048.53; Reference: | 7100-000 | | 123.43 | 130.59 |
| 12/13/10 | 114 | Chase Bank USA,N.A | Dividend paid 11.77% on $1,109.37; Claim# 16; Filed: $1,109.37; Reference: Voided on 02/18/11 | 7100-003 | | 130.59 | 0.00 |
| 02/18/11 | 114 | Chase Bank USA,N.A | Dividend paid 11.77% on $1,109.37; Claim# 16; Filed: $1,109.37; Reference: Voided: check issued on 12/13/10 | 7100-003 | | -130.59 | 130.59 |
| 03/09/11 | 115 | Discover Bank/DFS-Services, LLC | | 7100-000 | | 28.37 | 102.22 |
| 03/09/11 | 116 | eCAST Settlement Corporation | | 7100-000 | | 23.79 | 78.43 |
| 03/09/11 | 117 | GE Consumer Finance/ | | 7100-000 | | 0.77 | 77.66 |
| 03/09/11 | 118 | Elan Financial Services? | | 7100-000 | | 16.71 | 60.95 |
| 03/09/11 | 119 | eCAST Settlement Corporation | | 7100-000 | | 1.75 | 59.20 |
| 03/09/11 | 120 | eCAST Settlement Corporation | | 7100-000 | | 42.92 | 16.28 |

Subtotals :   $10,000.93   $9,984.65

{} Asset reference(s)

Printed: 04/18/2011 03:15 PM   V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 07-71614  
**Case Name:** WILDE, DAVID J  
WILDE, CHRISTY L  
**Taxpayer ID #:** **-***3549  
**Period Ending:** 04/18/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******97-66 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | assignee of | | | | | |
| 03/09/11 | 121 | Roundup Funding, LLC | | 7100-000 | | 7.59 | 8.69 |
| 03/09/11 | 122 | Chase Bank USA,N.A. | | 7100-000 | | 2.38 | 6.31 |
| 03/09/11 | 123 | eCAST Settlement Corporation | | 7100-000 | | 4.06 | 2.25 |
| | | assignee of | | | | | |
| 03/09/11 | 124 | Nicor Gas | | 7100-000 | | 2.25 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **10,000.93** | **10,000.93** | **$0.00** |
| Less: Bank Transfers | | 10,000.93 | 0.00 | |
| **Subtotal** | | **0.00** | **10,000.93** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$10,000.93** | |

Net Receipts :   10,000.93  
———————  
Net Estate :   $10,000.93

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******97-65** | 10,000.93 | 0.00 | 0.00 |
| **Checking # 9200-******97-66** | 0.00 | 10,000.93 | 0.00 |
| | **$10,000.93** | **$10,000.93** | **$0.00** |

{} Asset reference(s)

Printed: 04/18/2011 03:15 PM   V.12.56